**Order entered April 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00341-CV

**FOREX CAPITAL MARKETS, LLC, Appellant**

**V.**

**KELLY M. CRAWFORD, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00075-2014**

## ORDER

We **GRANT** Lloyd A. Kadish, Christopher H. Rentzel, and Forex Capital Markets, LLC's April 15, 2014 unopposed motion for admission pro hac vice of Lloyd A. Kadish. Lloyd A. Kadish shall be allowed to participate in the proceedings in this cause, including oral argument.


/s/     ELIZABETH LANG-MIERS
         JUSTICE